IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNA LYNN ANTONY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-410-CFC/SRF |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 13th day of February, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on January 29, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 15) is adopted.

2. Plaintiff's motion for summary judgment (D.I. 10) is denied.

3. Defendant's cross-motion for summary judgment (D.I. 12) is granted.

4. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff and to close the case.

                                                                                  _____
                                                                                   United States District Judge